81,154-04

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
AUSTIN TEXAS

APPLICATION NO.:_____

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

WRIT MANDAMUS SOUGHT

---

338th JUDICIAL DISTRICT COURT OF

HARRIS COUNTY, TEXAS

TRIAL COURT NUMBER: 1150417-B

WRIT OF HABEAS CORPUS NO.: WR-81,154-03

---

WRIT MANDAMUS

To The Justice of Said Court:

I, JOSE CASTELLO LEDEZMA , Movant pro se seeks to entreat this court to review his writ of mandamus and submit to the mandates of the Texas Constitution and as to the Constitution of the UNITED STATES.

Ministerial function as to which there is no occasion to use judgment or to use discretion. BLACK'S LAW DICTIONARY, 6th.edition.

This court has jurisdiction pursuant to the TEX.GOV'T.CODE ANN.sec. 22.221(b) (Vernons) vest within this court the power to issue all writs of mandamus against a state judge.

"A writ of mandamus will not lie to correct a merely erroneous or voidable order of the trial court, but will lie to correct one which the trial judge had no power to render. Urbish vs. 127th Judicial Dist. Court, 708 S.W.2d. 429, 431 (Tex.1986), citing State vs. Ferguson, 133 Tex. 60, 63, 125 S.W.2d. 272, 274 ( 1939).

## ENTITLEMENT TO MANDAMUS RELIEF

STATE OF TEXAS REQUIREMENTS:

Per Ex parte Aviles, 78 S.W.3d. 677, (Tex.App.-Austin 2002) at. Pg. 685.,[11-13] ... To establish entitlement to mandamus relief, must demonstrate that -

(1) the act sought to be compelled is purely ministerial; and

(2) that there is no adequate remedy at law. Stotts vs. Wisser, 894 S.W.2d. 366, 367 (Tex.Crim.App. 1995). Although the STATE argues otherwise, entry of a judgment is a ministerial act. George, 913 S.W.2d. 523, (at, 526).

FEDERAL REQUIREMENTS:

"Before mandamus may be issued, three elements must co-exist; -

(1) clear right in plaintiff to relief sought;

(2) clear duty on part of defendant to do act in question; and

(3) no other adequate remedy available ... ." Carter vs. Seamans, 411 F.2d. 767, cert.den'd., 90 S.Ct. 953, 39 U.S. 941, 25 L.Ed.2d. 121; Randall Dv=Wolcott M.D., P.A., vs. Sebelinus, 365 F.3d. 757 (C.A. 5 (TX) 2011).

## PARTIES

JOSE CASTILLO LEDEZMA, Plaintiff/Movant/Applicant/Relator pro se

338th JUDICIAL DISTRICT COURT, HARRIS COUNTY, TEXAS (STATE OF TEXAS), Defendant/Respondant/...

## ACT SOUGHT

The act sought is mandated by the State and Federal Constitutions and the Texas Code of Criminal Procedures, art. 1.08 therefore it is mandatory to act upon the writ of right within the capacity of ministerial duty within Trial Court Number: 1150417-B and within Writ of habeas corpus number: WR-81,154-03. DO NOT SUSPEND THE WRIT OF RIGHT. Review it and correct the errors therein are be held liable on failure to 'act' under the mandate as prescribed by constitutional law.

1. CLEAR RIGHT:  Writ of right (habeas corpus) is a clear right.

2. CLEAR DUTY/MINISTERIAL: Obeying the MANDATES of the State and Federal Consti
Constitution is a 'Duty Imposed'.

3. NO OTHER REMEDY AT LAW:  When the Writ of Right has been 'SUSPENDED' by the
very authority that is to enforce the writ of right
then there is no other remedy for relief upon the
grounds within the writ itself. Mandamus should be
issued. And writ of habeas corpus reviewed.

Dated this the 17 day of August , 2015

Sincerely:

X. _____
JOSE CASTILLO LEDEZMA, pro se
JOHN M. WYNNE UNIT/TDCJ#: 01475537
810          F.M.         2821
HUNTSVILLE,   TX.         77349


## UNSWORN DECLARATION OF INMATE OATH

I, JOSE CASTILLO LEDEZMA , pro se, TDCJ#: 01475537 , is incarcerated in the
TEXAS DEPARTMENT OF CRIMINAL JUSTICE - CORRECTIONAL INSTITUTIONAL DIVISION, at
the JOHN M. WYNNE UNIT, Located within Walker County, Texas and does DECLARE, (
CERTIFY, VERIFY and/or STATE) under penalty of perjury that the above is true a
and correct. Tex.Civ.Prac. & Rem. Code § 132.

Dated this the 17 day of August , 2015

Sincerely:

X. _____
JOSE CASTILLO LEDEZMA, pro se


## CERTIFICATE OF SERVICE

I, DO SWEAR, DECLARE AND VERIFY, CERTIFY THAT A TRUE AND CORRECT COPY OF THE

SAME WAS MAIL ON OR ABOUT THE     DAY OF                 , 20    .

Ex parte

LEDEZMA, JOSE CASTILLO

Trial Court No.; 1150417-B

Writ No.: WR-81,154-03

MOVANTS WRITTEN OBJECTION TO THE SUSPENSION OF THE WRIT HABEAS CORPUS

To Whom These Presents Shall Come; Greetings; Take Notice, THAT:

It is paramount that the judicial branch of the STATE OF TEXAS submit and obey the mandates of the DECLARATION OF INDEPENDENCE of July 4, 1776; CONSTITUTION OF THE UNITED STATES, (1787); as amended (1791) by the BILL OF RIGHTS - FIRST, SECOND , THIRD, FOURTH, FIFTH, SIXTH, SEVENTH, EIGHTH, NINETH, and TENTH Articles of Amendments.

Pursuant to the STATE OF TEXAS, CODE OF CRIMINAL PROCEDURES article 1.08 that appertains to the 'Habeas Corpus' clearly mandates that, 'The writ of habeas corpus shall not be suspended.

The 338th JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS, in THE ABOVE TITLED Trial Court Number did cause to 'SUSPEND' the writ of habeas corpus filed therein with the [pre]sumption that it has the authority to 'SUSPEND' the writ of right of Article I., §12, TEXAS CONSTITUTON and Article I., §9, cl.2, CONSTITUTIONS OF THE UNITED STATES if it does not meet article 11.07, §4(a)-(c) and this Court of the Criminal appeals, Austin Texas has agreed. Thus accepting liability for the actual 'SUSPENSION' of the 'guaranteed enforcement of the mandate' that the Judicial branch of the STATE OF TEXAS government is to submit its authority to and obey.

By the factual 'SUSPENSION OF THE WRIT OF HABEAS CORPUS' in this matter it has caused to bring about a remedy that can not be used for it has been bar by the [pre]sumption that the STATE OF TEXAS Judicial Branch of the government has the authority to 'SUSPEND'.

## CONCLUSION

IT IS THEREFORE, set forth according to the Writ of Mandamus being that there is no remedy available hereby demands that duty is performed and files this attached Mandamus seeking mandated duty by and through the State and Federal Constitution.

Dated this the 17 day of August , 2015

Sincerely:

X_____
JOSE CASTILLO LEDEZMA, Movant pro se
JOHN M. WYNNE UNIT/TDCJ#: 01475537
810          F.M.          2821
HUNTSVILLE.   TX.          77349

## UNSWORN DECLARATION OF INMATE OATH

I, JOSE CASTILLO LEDEZMA , Movant pro se, TDCJ#: 01475537 , is incarcerated in the TEXAS DEAPRTMENT OF CRIMINAL JUSTICE – CORRECTIONAL INSTITUTIONAL DIVISION, at the JOHN M. WYNNE UNIT, located within Walker County, Texas and does DECLARE, ( CERTIFY, VERIFY and/or STATE) under penalty of perjury that the above is true and correct. TEX.CIV.PRAC. & REM.CODE § 132.

Dated this the 17 day of August , 2015

X_____
JOSE CASTILLO LEDEZMA, Movant pro se

## CERTIFICATE  OF  SERVICE

I, DO SWEAR, DECLARE AND VERIFY, CERTIFY THAT A TRUE AND CORRECT COPY OF THE SAME WAS MAIL ON OR ABOUT THE       DAY OF                   , 20      .